UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NUMBER: 16-20787-CR-SCOLA**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

AMNON LEVI,

    Defendant.

_____/

**JOINT MOTION TO CONTINUE SENTENCING**

    The Defendant AMNON LEVI (hereinafter "Mr. Levi"), by and through his undersigned Attorneys, file this Motion to Continue Sentencing, and as grounds state the following:

1. On May 31, 2017, Mr. Levi was found guilty of a one count Indictment charging him with a visual depiction of a minor, who had not attained the age of 12, engaging in sexuality explicit conduct in violation of 18 U.S.C. section 2252 (a)(4)(B) and (b)(2).

2. The Sentencing in this cause is scheduled for August 11, 2017.

3. Mr. Levi is in the process of obtaining recommendation letters on his behalf which he would like to be considered by this court at the time of Sentencing. A portion of those letters would be from individuals who reside in Israel. Accordingly he respectfully requests a two week continuance of the Sentencing in this cause to allow for the receipt of these letters and submission of same to the court.

WHEREFORE Defendant AMNON LEVI respectfully requests that this Honorable Court grant the Instant Motion to Continue the Sentencing in this cause to a date after August 25, 2017.

### RULE 88.9 CERTIFICATION

4. When undersigned counsel contacted Assistant United States Attorney J. MacKenzie Duane to ascertain her position on this motion she authorized the undersigned to make said motion a "Joint Motion."

>Respectfully submitted,
>
>LEHR LEVI & MENDEZ, P.A.
>Attorneys for Defendant Levi
>1401 Brickell Avenue, Suite 910
>Miami, Florida 33131
>Tel: (305) 377-1777
>Fax: (305) 377-0087
>
>BY /s/ Bruce H. Lehr
>BRUCE H. LEHR
>Florida Bar No. 381930

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties of record via transmission of Notices of Electronic Filing generated by CM/ECF.

>/s/ Bruce H. Lehr
>BRUCE H. LEHR