UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**SENTENCING MINUTES**

THE HONORABLE ROBERT N. SCOLA, JR.

---

Date: August 29, 2017

Case No: 16-20787-CR-SCOLA

Style: **U.S.A. vs. Amnon Ami Levi**

AUSA: J. Mackenzie Duane

Defense Attorney: Bruce H. Lehr

Reporter: Carleen Horenkamp

USPO: Syreta Gould

Interpreter: N.A.

Defendant: present ___✓____ in custody ___✓____

Count 1: imprisonment for a term of 168 months.

Supervised Release: term of 15 years.

Special Conditions of Supervised Release: see criminal judgment.

Restitution: to be determined at hearing set **11/27/2017 at 8:30 AM**.

Fine: none imposed.

Special Assessment: $100.00 due immediately.

The defendant was advised of his/her right to appeal within fourteen days ____✓____.

Recommendations to BOP: 1) South Florida facility; and 2) 500-hour RDAP Program or alcohol abuse treatment.

Miscellaneous:
- Defendant sworn. The Court conducted an inquiry regarding indigency and finds defendant is indigent.  The Federal Public Defender is appointed to represent the defendant at the restitution hearing and appeal.  Once attorney Bruce H. Lehr files a Notice of Appeal in this case, the Court will allow him to withdraw.
- AUSA is to submit a preliminary order of forfeiture within three days.
- U.S. Probation Officer is ordered to return the defendant's U.S. and Israeli passports to attorney Bruce H. Lehr.
- Defendant is remanded to the custody of the U.S. Marshals Service.

In-Court Time:   40 minutes